**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
(617) 748-9057
www.ca1.uscourts.gov

## DOCKETING STATEMENT INSTRUCTIONS

1. Counsel for appellant must file a docketing statement for every case appealed or cross appealed to the First Circuit Court of Appeals. The docketing statement must be received by the court of appeals clerk's office within fourteen days after the case is docketed to be deemed timely filed. Copies must be served on all parties to the action below and proof of service must be attached.

2. The attorney filing the notice of appeal is responsible for filing the docketing statement, even if different counsel will handle the appeal. In the case of multiple appellants represented by separate counsel, the parties must confer and decide who will file the docketing statement. Appellants proceeding pro se may file a docketing statement, but are not required to do so.

3. Counsel's failure to file the docketing statement within the time set forth will cause the court to initiate the process for dismissal of the appeal under 1st Cir. R. 3.0.

4. If an opposing party concludes that the docketing statement is in any way inaccurate, incomplete or misleading, that party should file any additions or corrections to the docketing statement within fourteen days of service of the docketing statement, with copies to all other parties.

5. You must attach to the docketing statement:

   - Additional pages containing extended answers to questions on this form.

   - A certificate of service for this docketing statement indicating it has been served on all parties to the action below, if required by Fed. R. App. P. 25(d)(B).

# United States Court of Appeals
## For the First Circuit

---

**DOCKETING STATEMENT**

**No.** 26-2112 **Short Title:** Presidents' Alliance on Higher Education and Immigration et al., v. DHS et. al

**Type of Action**

- ☑ Civil
- ☐ Criminal/Prisoner
- ☐ Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from September 14, 2026
   2. Date this notice of appeal filed September 30, 2026
      If cross appeal, date first notice of appeal filed ______
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) ______
   4. Date of entry of order deciding above post-judgment motion ______
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) ______
      Time extended to ______

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits? ☐ Yes ☑ No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? ☐ Yes ☑ No
         If yes, explain ______
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? ☑ Yes ☐ No
         If yes, explain The September 14, 2026 Preliminary Injunction order is an interlocutory decision under 28 U.S.C. § 1292(a)(1).

C. Has this case previously been appealed? ☐ Yes ☑ No
   If yes, give the case name, docket number and disposition of each prior appeal ______

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? ☐ Yes ☑ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
If yes, is a transcript necessary for this appeal? ☐ Yes ☑ No
If yes, is transcript already on file with district court? ☐ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION
Attorney Paul Whitfield Hughes III; Dana M. McSherry; Emmett A. Witkovsky-Eldred
Address McDermott Will & Schulte LLP 500 N Capitol St NW Washington, DC 20001; McDermott Will & Schulte LLP 200 Clarendon St 58th Fl Boston, MA 02116-5021
Telephone 202-756-8988; 617-535-3800; 202-756-8223

2. Adverse party NAFSA: ASSOCIATION OF INTERNATIONAL EDUCATORS
Attorney Paul Whitfield Hughes III; Dana M. McSherry; Emmett A. Witkovsky-Eldred
Address McDermott Will & Schulte LLP 500 N Capitol St NW Washington, DC 20001; McDermott Will & Schulte LLP200 Clarendon St 58th Fl Boston, MA 02116-5021
Telephone 202-756-8988; 617-535-3800; 202-756-8223

3. Adverse party AMERICAN FEDERATION OF TEACHERS
Attorney Paul Whitfield Hughes III; Dana M. McSherry; Emmett A. Witkovsky-Eldred
Address McDermott Will & Schulte LLP 500 N Capitol St NW Washington, DC 20001; McDermott Will & Schulte LLP 200 Clarendon St 58th Fl Boston, MA 02116-5021
Telephone 202-756-8988; 617-535-3800; 202-756-8223

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's name US DEPT. OF HOMELAND SECURITY
Address US Dept of Justice Office of Immigration Litigation PO Box 878 Ben Franklin Station Washington, DC 20044-0878
Telephone 202-305-2040

Attorney's name Michael A. Celone
Firm U.S. Dept of Justice Office of Immigration Litigation
Address PO Box 878 Ben Franklin Station Washington, DC 20044-0878
Telephone 202-305-2040

2. Appellant's name MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security
Address US Dept of Justice Office of Immigration Litigation PO Box 878 Ben Franklin Station Washington, DC 20044-0878
Telephone 202-305-2040

Attorney's name Michael A. Celone
Firm U.S. Dept of Justice Office of Immigration Litigation
Address PO Box 878 Ben Franklin Station Washington, DC 20044-0878
Telephone 202-305-2040

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature /s/ Michael A. Celone
Date 10/14/2026

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Michael A. Celone
MICHAEL A. CELONE
Senior Litigation Counsel

Dated: October 14, 2026