**UNITED STATES COURT OF APPEALS**
**for the First Circuit**

---

No. 26-2112

PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, *et al.*,

*Plaintiffs-Appellees,*

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants-Appellants.*

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS (No. 1:26-cv-13799-FDS)

---

# DEFENDANTS-APPELLANTS' ASSENTED-TO MOTION TO HOLD APPEAL IN ABEYANCE

---


BRETT A. SHUMATE
Assistant Attorney General
Civil Division

WILLIAM C. SILVIS
Assistant Director

DANIEL SCHUTRUM-BOWARD
Senior Litigation Counsel

OLEKSIY ISAEV
Trial Attorney

MICHAEL A. CELONE
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
General Litigation and Appeals Section
Post Office Box 868 | Ben Franklin Station | Washington, D.C. 20044
Michael.A.Celone@usdoj.gov
202-305-2040

*Counsel for Defendants-Appellants*

Pursuant to Federal Rule of Appellate Procedure 27 and First Circuit Local Rule 27.0, Defendants-Appellants respectfully move to hold this interlocutory appeal in abeyance for thirty (30) days. The purpose of this abeyance is to allow the district court time to issue a final judgment on the merits, which will likely render this interlocutory appeal moot or allow for a consolidated appeal. Counsel for Defendants-Appellants has conferred with counsel for Plaintiffs-Appellees, who have indicated that they assent to this motion.

## I. BACKGROUND

This is an interlocutory appeal from the U.S. District Court for the District of Massachusetts's September 14, 2026 order granting a preliminary injunction against the U.S. Department of Homeland Security's Final Rule regarding nonimmigrant visa admissions (ECF No. 50). Following the docketing of this appeal, this Court issued a briefing schedule setting November 9, 2026, as the deadline for Defendants-Appellants' opening brief and appendix.

Proceedings below have continued simultaneously, with the district court setting its own expedited schedule for the production of the Certified Administrative Record and summary judgment briefing (ECF No. 61). As of yesterday, November 2, 2026, the parties' cross-motions for summary judgment were fully briefed. *See* ECF Nos. 67, 69 (cross-motions); ECF Nos. 70, 71 (reply briefs).

## II. ARGUMENT

Good cause exists to hold this appeal in abeyance for 30 days in the interest of judicial economy and the conservation of party resources.

Because the parties' cross-motions for summary judgment are now fully briefed, a final decision on the merits from the district court is imminent. Holding this interlocutory appeal in abeyance will prevent the parties from expending significant public and private resources to draft, file, and litigate appellate briefs regarding a preliminary injunction order that will likely be superseded by a final judgment in the coming weeks. Furthermore, an abeyance will conserve this Court's resources by avoiding the need to adjudicate an interlocutory posture when a final, appealable merits judgment is expected shortly.

Defendants-Appellants propose filing a status report with this Court at the conclusion of the 30-day abeyance period to advise the Court on the posture of the district court proceedings.

## III. CONCLUSION

For these reasons, Defendants-Appellants respectfully request that this Court grant this assented-to motion, strike the current November 9, 2026 briefing deadline, and hold this appeal in abeyance for 30 days.

Dated: November 3, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

WILLIAM C. SILVIS
Assistant Director

DANIEL SCHUTRUM-BOWARD
Senior Litigation Counsel

OLEKSIY ISAEV
Trial Attorney

*/s/Michael A. Celone*
MICHAEL A. CELONE
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
General Litigation and Appeals Section
Post Office Box 868 | Ben Franklin Station | Washington, D.C. 20044-0868
Michael.A.Celone@usdoj.gov
202-305-2040

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on November 3, 2026, the above motion was served on all counsel of record through the Court's CM/ECF system.

*/s/Michael A. Celone*