# United States Court of Appeals
## For the First Circuit

No. 26-2112

PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION; NAFSA: ASSOCIATION OF INTERNATIONAL EDUCATORS; ASSOCIATION OF INDEPENDENT COLLEGES AND UNIVERSITIES IN MASSACHUSETTS; AMERICAN FEDERATION OF TEACHERS; GRADUATE LABOR ORGANIZATION, AFT LOCAL 6516; THE NEWSGUILD-CWA; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA; UNITED AUTO WORKERS LOCAL 2322,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, in the official capacity as Acting Director of United States Immigration and Customs Enforcement,

Defendants - Appellants.

**ORDER OF COURT**

Entered: November 13, 2026

The government's Assented-to Motion to Hold Appeal in Abeyance for thirty days is granted. The present briefing schedule is vacated. At the end of the thirty-day period, the parties shall file a status report.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, Abraham R. George, Michael A. Celone, Oleksiy Isaev, Dana M. McSherry, Paul Whitfield Hughes, III, Emmett A. Witkovsky-Eldred, Marissa Malouff, Michael Louis Newman, James Everett Richardson, Tasha J. Bahal, Judith N. Vale, Morenike Fajana, Shoba Pillay, Lindsay C. Harrison, Ishan Kharshedji Bhabha, Elizabeth Henthorne, Andrianna Kastanek, Peter F. Neronha, William M. Tong